# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICARDO AYALA, on behalf of himself**<br>**and others similarly situated,**<br>*Plaintiff,* | : <br> : <br> : <br> : | **CIVIL ACTION** |
| **v.** | : <br> : | |
| **SYNCREON TECHNOLOGY (USA), LLC,**<br>*Defendant.* | : <br> : | **NO.  23-cv-04561** |

## O R D E R

**AND NOW**, this **21st** day of **June 2024**, upon consideration of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Other Related Relief (ECF No. 30) and the fully executed Class Action Settlement Agreement (ECF No. 32-1), it is hereby **ORDERED** that the Motion (ECF No. 30) is **GRANTED** and the settlement is **PRELIMINARILY APPROVED**, pursuant to Fed. R. Civ. P. 23(e).

It is **FURTHER ORDERED** as follows:

1. The Clerk of Court is directed to remove this case from **STAY**.

2. The "Notice of Settlement" form ("Notice Form") attached to the Agreement as Exhibit A and the notice protocols described in paragraph 7 of the Agreement are approved pursuant to Fed. R. Civ. P. 23(c)(2)(B). The Notice Forms shall be sent to all class members.

3. Individuals who wish to exclude themselves from the settlement must follow the procedures described in paragraph 8 of the Agreement and Section 7 of the Notice Form.

4. Individuals who wish to object to the settlement must follow the procedures described in paragraph 9 of the Agreement and Section 8 of the Notice Form.

EXHIBIT
A

tabbies

5. Winebrake & Santillo, LLC and Lichten & Liss-Riordan, P.C. are appointed interim class counsel per Fed. R. Civ. P. 23(g)(3) and shall ensure that the notice process contemplated by the Agreement is followed.

6. Pursuant to Fed. R. Civ. P. 23(e)(2), a hearing addressing final approval of the settlement is scheduled for **September 10, 2024, at 10:00 a.m.** before the Hon. Chad F. Kenney, in Courtroom 11B, 601 Market Street, Philadelphia, PA 19106. During this hearing, the Court will hear from any objectors or other class members who wish to address the Court and will hear argument from class counsel regarding, inter alia, the following issues: whether the settlement is fair and reasonable and warrants final approval under Civil Rule 23(e)(2); whether the service award described in the Agreement should be approved; and whether the attorney's fees and costs sought by class counsel should be approved under Civil Rule 23(h).

7. On or before **September 3, 2024**, class counsel shall file all papers in support of the final approval of the settlement and the associated issues described in paragraph 6 above.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**