# Exhibit D

| Attorney or Party without Attorney:<br>Margaret Zazulak, Esq.<br>Jackson Lewis PC<br>601 Poydras St Suite 1400<br>New Orleans, LA 70130<br>Telephone No: 504-208-1755<br><br>Attorney For: Defendant | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>USDC Eastern District of Pennsylvania |
|---|
| Plaintiff: Ricardo Ayala |
| Defendant: Syncreon Technology (USA) LLC |

| PROOF OF SERVICE | Hearing Date:<br>7/05/24 | Time:<br>1:00pm | Dept/Div: | Case Number:<br>2:23-cv-04561 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

3. a. Party served: Transnational Staffing
   b. Person served: Jody Franklin, Employee, authorized to accept , Caucasian , Female , Age: 45 , Hair: Brown , Height: 5'6" , Weight: 140

4. Address where the party was served: 18 W Main St, Milan, MI 48160

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jul 01 2024 (2) at: 02:18 PM

6. **Person Who Served Papers:**
   a. Latita Burns
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

   d. The Fee for Service was:

7. I declare under penalty of perjury that the foregoing is true and correct.

July 2, 2024   Latita Burns
(Date)                  (Signature)



PROOF OF SERVICE

11333954
(388232)



EXHIBIT
D