# Exhibit G

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA | MISCELLANEOUS ACTION NO. ____ |

## **ORDER**

CONSIDERING the Motion of Movant, syncreon Technology (USA), LLC ("syncreon" or "Movant"), for an Order compelling compliance with a subpoena issued to Transnational Staffing and finding it well taken;

IT IS ORDERED that syncreon's Motion is GRANTED and Transnational Staffing is ordered to produce the information requested in the subpoena issued on behalf of syncreon on or before August 7, 2024;

IT IS FURTHER ORDERED that Transnational Staffing is ordered to pay the reasonable attorney fees and expenses incurred by syncreon in bringing its Motion.

This _ day of August, 2024.

_____
DISTRICT COURT JUDGE